UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
SCHAEFFLER TECHNOLOGIES           :
AG & CO., KG,                     :
                                  :
              Plaintiff,          :
                                  :
       v.                         :    24 Civ. 2215 (ER)
                                  :
THE INDIVIDUALS, CORPORATIONS,    :
LIMITED LIABILITY COMPANIES,      :
PARTNERSHIPS, AND UNICORPORATED   :
ASSOCIATIONS IDENTIFIED IN        :
SCHEDULE A,                       :
                                  :
              Defendants.         :
-----------------------------------------------------------x
```

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Schaeffler Technologies AG & Co., KG hereby voluntarily dismisses the captioned matter.

Dated: May 31, 2024

Respectfully Submitted,

By: _____
Timothy J. Kelly (TK 8241)
**T.J. KELLY INTELLECTUAL
 PROPERTY LAW, P.C.**
P.O. Box 128
Bay Head, New Jersey 08742
T: 908-230-9105
E: Tim@TJKIPLaw.com

*Attorneys for Plaintiff Schaeffler
Technologies AG & Co., KG*